**Rudy T. CORTINAS, Claimant,**

v.

**GENERAL MOTORS CORPORATION,
Employer.**

**No. 63805.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 12, 1993.

James F. Koester, St. Louis, for claimant.

Harlan & Harlan, Brian J. Dean, St. Louis, for employer.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Claimant, Rudy T. Cortinas, appeals from the order of the Labor and Industrial Rela-

tions Commission denying his claim for Workers' Compensation Benefits.

The order of the administrative agency is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value.

The order of the administrative agency is affirmed. Rule 84.16(b).